AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TODD JERNIGAN, On Behalf of Himself, All Others Similarly Situated, and the General Public., <br> *Plaintiff* <br> v. <br> BEAM GLOBAL SPIRITS & WINE, INC., et al., <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:11-cv-00842-DRH-PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BEAM GLOBAL SPIRITS & WINE, INC.,
510 Lake Cook Road
Deerfield, IL 60015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Randy L. Gori
156 North Main Street
Edwardsville, IL 62025
618-659-9833

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/20/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-00842-DRH-PMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Beam Global Spirits + Wine, Inc
was received by me on *(date)* 9-23-2011

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leslie Jensen, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* Beam Global Spirits + Wines, Inc on *(date)* 9-23-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9-23-2011

*Server's signature*

Hedy Berrocal, owner
*Printed name and title*

36 Winona Road
Highland Pk, IL 60035
*Server's address*

Additional information regarding attempted service, etc: