## U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

In the Matter of                                       Case Number: 3:11 cv 000842 DRH-PMF

**TODD JERNIGAN, on Behalf of Himself, all Others Similarly Situated, and the General Public v. BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC.**

| | |
|---|---|
| NAME (Type or print) <br> Richard J. Keating, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Keating, Jr. | |
| FIRM <br> Swanson, Martin & Bell, LLP | |
| STREET ADDRESS <br> 330 North Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229550 | TELEPHONE NUMBER <br> (312) 321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD JERNIGAN, on Behalf of Himself, all Others Similarly Situated, and the General Public, | )<br>)<br>) |
| | ) Court No. 3:11 cv 00842 DRH-PMF |
| Plaintiff, | ) |
| v. | ) Judge David R. Herndon |
| | ) |
| BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC., | ) Magistrate Judge Philip M. Frazier<br>) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I electronically filed an Appearance on behalf of Defendant Beam Global Spirits & Wine, Inc. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Randy L. Gori
> Todd Matthews
> Gori Julian and Associates P.C.
> 156 N. Main St.
> Edwardsville, IL 62025

> s/ Richard J. Keating, Jr.
> ARDC No. 6229550
> Attorney for Defendant,
> BEAM GLOBAL SPIRITS & WINE, INC. and
> FORTUNE BRANDS, INC.
> SWANSON, MARTIN & BELL, LLP
> 330 North Wabash, Suite 3300
> Chicago, IL  60611
> (312) 321-9100
> (312) 321-0990 (fax)
> rkeating@smbtrials.com