# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Todd Jernigan <br> *Plaintiff(s)* <br> v. <br> Beam Global Spirits & Wine, Inc. et al. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number:  11-842 DRH/PMF <br> ) <br> ) |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 7          DOCUMENT TITLE: Motion for Extension of Time

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing or incomplete and is required by Electronic Filing Rule 9
- ☒ Other: Proposed Orders are not to be efiled but submitted by email to the appropriate Judge's email address. See CM/ECF User's Manual, section 2.0 page 2.6.

## ACTION REQUIRED BY FILER

- ☐ No further action required by the filer
- ☒ Other: Must send proposed order to appropriate Judge's email address.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Jina Hoyt*
Jina Hoyt, Deputy Clerk

DATE: 10/14/2011

CMECF-02
Rev. 11-10