IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Todd Jernigan, On Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC.,<br>　　　　　　　　　　Defendant(s). | Case No. 3:11-cv-00842 (DRH) (PMF)<br><br>Judge David R. Herndon<br><br>Magistrate Judge Philip M. Frazier |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DONALD I STRAUBER

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendants Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.

In support of this motion, I, Donald I Strauber, state:

1.　　I am a partner with the law firm of Chadbourne & Parke LLP, and am an attorney admitted to practice in the State of New York.

2.　　I am admitted to practice law in

　　　　1961 New York
　　　　1969 U.S.D.C. - Eastern District of New York
　　　　1962 U.S.D.C. - Southern District of New York
　　　　1966 U.S. Ct. App. - 2nd Circuit
　　　　1965 U.S. Supreme Court

3.　　My New York State Bar registration number is: 1388222

4.      I maintain my office for the practice of law at my firm's office at 30 Rockefeller Plaza, New York, N.Y. 10112.  I am admitted to practice and am a member in good standing of the bars stated above.  I have not been denied admission to nor have I been subject to discipline by any Court.

5.      I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted *pro hac vice* before this court.

Dated:   November 29, 2011

CHADBOURNE & PARKE LLP

By      /s/ *Donald I Strauber*
          DONALD I STRAUBER
          A Member of the Firm

30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100
dstrauber@chadbourne.com

*Attorney for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2011, I electronically filed the Motion for *Pro Hac Vice* Admission of Donald I Strauber with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Randy L. Gori<br>GORI JULIAN AND ASSOCIATES P.C.<br>156 N. Main St.<br>Edwardsville, IL 62025<br><br>*Attorneys for Plaintiff and the putative class members* | Richard J. Keating, Jr.<br>SWANSON, MARTIN & BELL, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL  60611<br><br>*Attorney for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.* |

By     /s/ *Donald I Strauber*
       DONALD I STRAUBER
       A Member of the Firm

30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100
dstrauber@chadbourne.com

*Attorneys for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*