# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TODD JERNIGAN, ET AL.<br>*Plaintiff(s)*<br>v.<br>BEAM GLOBAL SPIRITS & WINE, LLC,<br>et al.<br>*Defendant(s)* | Case Number:  3:11 cv 00842 DRH PMF |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for <u>Beam Global Spirits & Wine, LLC  and Beam, Inc.</u>.

DATED:  November 30, 2011

<u>s/ Christopher T. Sheean</u>
Signature

<u>Christopher T. Sheean</u>
Name

Swanson, Martin & Bell, LLP
<u>330 N. Wabash Ave., Ste. 3300</u>
Address

<u> (312) 321-9100</u>
Phone Number

<u> (312) 321-0990</u>
Fax Number

<u> csheean@smbtrials.com</u>
E-Mail Address

Rev.  2/11