UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Todd Jernigan | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 11-842-DRH/PMF |
| Beam Global Spirits & Wine, Inc. | ) | |
| *Defendant(s)* | ) | |

# NOTICE OF STRIKING
# ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 15          DOCUMENT TITLE: Entry of Appearance

One of the following errors/deficiencies has been identified in the document listed above:

☐ Document entered in wrong case
☐ Document linked incorrectly
☐ Incorrect document type selected (PDF and event do not match)
☐ Certificate of Service is missing or incomplete (and is required by Electronic Filing Rule 9)
☒ Other: Entry of Appearance indicates that Attorney Sheean is entering his appearance for Beam, Inc.  Beam, Inc., is not a party.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry STRICKEN as ordered by the Court

## ACTION REQUIRED BY FILER

☒ Document must be re-filed
☐ Amended document must be filed and re-noticed, if applicable
☐ Document must be emailed to chambers.  See Local Rule 15.1 and Section 2.10 of the CM/ECF User's Manual

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/Deborah Agans*

DATE: December 1, 2011          Deborah Agans, Deputy Clerk

CMECF-03
(12/10)