IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Todd Jernigan, On Behalf of Himself, All Others Similarly Situated, and the General Public,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>V.  )<br>)<br>BEAM GLOBAL SPIRITS & WINE, INC,  )<br>)<br>)<br>FORTUNE BRANDS, INC,  )<br>)<br>Defendant(s),  )<br>) | Case No: 3:11-cv-00842-DRH-PMF |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

      I hereby enter my appearance for as counsel for Plaintiffs, Todd Jernigan, all others similarly situated and the general public.

Dated: February 24, 2012

                                                                          By: /s/D. Todd Mathews
                                                                          D. Todd Mathews – IL#6276652
                                                                          Gori, Julian and Assoc., P.C.
                                                                          156 N. Main St.
                                                                          Edwardsville, IL 62025
                                                                          (618) 659-9833
                                                                          (618) 659-9834
                                                                          Todd@GoriJulianLaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of February, 2012, a copy of the foregoing Notice of Appearance was electronically filed by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

                                            /s/D. Todd Mathews