IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD JERNIGAN, On Behalf of Himself, All Others Similarly Situated, and the General Public,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>BEAM GLOBAL SPIRITS & WINE, INC.,   )<br>FORTUNE BRANDS, INC.,   )<br>)<br>Defendants.   ) | MINUTES OF COURT<br><br><br><br>Case No. 11-842-DRH-PMF<br><br><br>DATE: February 24, 2012<br>LOCATION:  Benton |

**PRESENT:  HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK:  Karen R. Metheney            COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF:   D. Todd Mathews

COUNSEL FOR DEFENDANTS:   Christopher T. Sheean, Mary T. Yelenick,

PROCEEDINGS: Scheduling and Discovery Conference (telephonic)

    The Joint Report of Parties will be entered as submitted. The presumptive trial month is continued to February, 2014.
    A settlement conference is waived at this time.