IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Todd Jernigan, On Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC.,<br>　　　　　　Defendant(s). | Case No. 3:11-cv-00842 (DRH) (PMF)<br><br>Judge David R. Herndon<br><br>Magistrate Judge Philip M. Frazier |

**MOTION FOR *PRO HAC VICE* ADMISSION OF ROBIN D. BALL**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendants Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.

In support of this motion, I, Robin D. Ball, state:

1.　　I am a partner with the law firm of Chadbourne & Parke LLP.

2.　　I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state bar number issued to me is 159698. I am also a member of the bars of the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Central and Northern Districts of California.

3.　　I maintain my office for the practice of law at my firm's office at 350 South Grand Avenue, 32nd Floor, Los Angeles, CA 90071. I am admitted to practice and am a

member in good standing of the bars stated above.  I have not been denied admission to nor have I been subject to discipline by any Court.

4. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted *pro hac vice* before this court.

Dated:   August 23, 2012

                        CHADBOURNE & PARKE LLP

                        By   */s/ Robin D. Ball*
                             ROBIN D. BALL
                            A Member of the Firm

                        350 South Grand Avenue, 32nd Floor
                        Los Angeles, CA 90071
                        (213) 892-1000
                        rball@chadbourne.com

                        *Attorney for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2012, I electronically filed the Motion for *Pro Hac Vice* Admission of Robin D. Ball with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Randy L. Gori<br>Todd Matthews<br>GORI JULIAN AND ASSOCIATES P.C.<br>156 N. Main St.<br>Edwardsville, IL 62025<br><br>*Attorneys for Plaintiff and the putative class members* | Richard J. Keating, Jr.<br>SWANSON, MARTIN & BELL, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL  60611<br><br>*Attorney for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.* |

By      */s/ Robin D. Ball*
　　　　ROBIN D. BALL
　　　A Member of the Firm

350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071
(213) 892-1000
rball@chadbourne.com

*Attorney for Beam Inc., formerly known as Fortune Brands, Inc., and Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*