IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD JERNIGAN, on Behalf of Himself, all Others Similarly Situated, and the General Public,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC.,<br><br>　　　　　　　Defendants. | Court No. 3:11 cv 00842 DRH-PMF<br><br>Judge David R. Herndon<br><br>Magistrate Judge Philip M. Frazier |

## DEFENDANTS' STIPULATION AGREEING TO PLAINTIFF'S MOTION TO VOLUNTARY DISMISSAL

Defendants, Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., and Beam Inc., formerly known as Fortune Brands, Inc., (collectively "Defendants") stipulate as follows:

1.　On August 27, 2012, Plaintiff filed a motion to voluntarily dismiss this action without prejudice.

2.　Defendants have no objection and consent to the dismissal of this action without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　By:　/s/ Christopher T. Sheean
　　　　　　　　　　　　　　　One of the attorneys for the Defendants
　　　　　　　　　　　　　　　Beam Global Spirits & Wine, Inc. and
　　　　　　　　　　　　　　　Fortune Brands, Inc.

Christopher T. Sheean ARDC# 6210018
Richard J. Keating ARDC# 6229550
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 FAX
csheean@smbtrials.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD JERNIGAN, on Behalf of Himself, all Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC. and FORTUNE BRANDS, INC.,<br><br>Defendants. | Court No. 3:11 cv 00842 DRH-PMF<br><br>Judge David R. Herndon<br><br>Magistrate Judge Philip M. Frazier |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed Defendants' Stipulation Agreeing to Plaintiff's Motion to Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Randy L. Gori
    Todd Matthews
    Gori Julian and Associates P.C.
    156 N. Main St.
    Edwardsville, IL 62025

                              By: /s/ Christopher T. Sheean
                                  Christopher T. Sheean, ARDC #6210018
                                  Attorneys for Defendants
                                  BEAM GLOBAL SPIRITS & WINE, LLC and
                                  BEAM, INC.
                                  SWANSON, MARTIN & BELL, LLP
                                  330 North Wabash, Suite 3300
                                  Chicago, IL  60611
                                  (312) 321-9100
                                  (312) 321-0990 (fax)
                                  csheean@smbtrials.com