IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TODD JERNIGAN, on
behalf of himself, all others
similarly situated, and the
general public,

    Plaintiff,

v.

BEAM GLOBAL SPIRITS & WINE,
INC., and FORTUNE
BRANDS, INC.,

    Defendants.                  No. 11-cv-842-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to dismiss without prejudice (Doc. 28). Defendants have no objection and consent to dismissal without prejudice (Doc. 29). Accordingly, plaintiff's claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 3rd day of September, 2012.

David R. Herndon
2012.09.03
11:00:10 -05'00'

Chief Judge
United States District Court